**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: April 16, 2010**



_____

**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

_____

**Nasser U. Abujbarah (026182)**
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Rd., Ste 9
Scottsdale, Arizona 85257
Office: (480) 776-6846
Fax: (480) 776-6847
Email: nasser@nualegal.com

*Attorney for Debtors*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Jose Carreno and Melvi Carreno<br><br>Debtors. | Case No. 2:09-bk-23999-RJH<br><br>**ORDER AND NOTICE SETTING HEARING APPROVING DISCLOSURE STATEMENT**<br><br>May 26, 2010 @ 2:00 PM<br>230 N. 1st Avenue, Room 603<br>Phoenix, Arizona 85003 |

To the Debtors, Dale and Judy Neiswender, his creditors, and other interested parties in interest:

A Disclosure Statement and Plan under Chapter 11 of the Bankruptcy Code having been filed by the Debtors.

IT IS ORDERED, and notice is hereby given that:

1. The hearing to consider the adequacy of Debtor's Disclosure Statement shall be held on May 26, 2010 @ 2:00 PM at 230 N. 1st Ave, Room 603, Phoenix, Arizona 85003.

1

2. Filing and servicing of written objections to the Disclosure Statement shall be complete and filed with this Court no later than 5:00 PM on May 5, 2010;

3. Within 3 days after entry of this Order, the Disclosure Statement shall be distributed in accordance with Fed. R. Bankr. P. 3017(a); and

4. Requests for copies of the Disclosure Statement shall be mailed to:

> The Law Offices of Nasser U. Abujbarah
> 7025 E. McDowell Road, Ste. 9
> Scottsdale, Arizona 85257

---

Signed and Dated Above

---