# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | JOSE & MELVI N CARRENO |
| **Case Number:** | 2:09-bk-23999-RJH  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 26, 2010 02:00 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

### Matters:

1) HEARING ON DISCLOSURE STATEMENT
   R / M #:   63 / 0

2) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY ONE WEST BANK
   R / M #:   21 / 0

3) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CREDIT UNION WEST
   R / M #:   55 / 0

### Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR JOSE CARRENO, MELVI N CARRENO
JENNIFER GIAMO, ATTORNEY FOR US TRUSTEE

### Proceedings:

ITEM #3

Mr. Abujbarah informed Ms. Kenney would like to have this hearing continued to ride the calendar with the confirmation hearing.

ITEM #2

Mr. Abujbarah suggested continuing this matter to ride the calendar with the confirmation hearings also advising he has not heard back from counsel for the movant.

ITEM #1

Mr. Abujbarah addressed the objection of the US Trustee advising an amended disclosure statement was filed late yesterday.

Ms. Giamo reviewed her continued concerns and objections.

THE COURT NOTED ITS CONCERNS.

Mr. Abujbarah requested a continued hearing.

COURT:  MR. ABUJBARAH IS DIRECTED TO FILE A 3RD AMENDED DISCLOSURE STATEMENT AND SEND OUT A 25 DAY NOTICE.